# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOHN ZOURDOS, HELEN ZOURDOS, and
DIMITRIOS ZOURDOS,

Case No. 5:20-cr-298 (DNH)

Defendants.

## NOTICE OF EXPERT WITNESS DISCLOSURE
## BY DEFENDANTS HELEN AND JOHN ZOURDOS

Defendants Helen and John Zourdos, pursuant to Fed. R. Crim. P. 16(b)(1)(C), through their counsel, David M. Garvin, hereby provides notice to the United States of America that they may call the following expert/summary witness at trial to offer testimony within the scope of Fed. R. Evid.702, 703, or 705.

1. **Dana Kaufman, CPA, ESQ.**

    a. **Address:**

    1001 Brickell Bay Drive

    Suite 2650

    Miami, Florida 33131

    b. **Witness's Qualifications:**

    Mr. Kaufman qualifications are set forth on the attached curriculum vitae.

1

c. **Description, Bases, and Reasons for Opinions:** Mr. Kaufman is expected to testify as to the relevant accounting and tax rules, laws, and regulations and the application those rules, laws, and regulations to the facts of this matter; standard and minimum acceptable practices and procedures of an accountant providing tax services to an individual and corporate clients; the applicability and application of various Internal Revenue Code sections, including but not limited to Sections 61a, 161, and 212, to individual and corporate returns, including without limitation the tax treatment of loan and/or gifts. Mr. Kaufman may also testify as to the standard and minimum acceptable practices and procedures of an accountant preparing individual and corporate federal and state tax returns; the correctness of the calculations and accountings of the Defendants and related businesses; the correctness of the calculations and accountings by the Government's witnesses with respect to the Defendants and related businesses; and the correctness of the services, calculations, and accountings by Vincent J. Gilroy, Jr. CPA (or those working on his behalf or at his direction). Mr. Kaufman is also expected to testify as to certain accounting summaries prepared on behalf of defendants. The bases and reasons for these opinions and summaries are Mr. Kaufman's education, license as a Lawyer, certification as a CPA, his experience

practicing public accounting and law, and his forensic analysis of the various materials provided by the Government during the course of discovery.

**DATED**:  October 8, 2021                                         DAVID M. GARVIN, P.A.


 By**:** */s/David M. Garvin*
David M. Garvin
Florida Bar #347736
2223 Ponce De Leon Blvd.
Suite 314
Coral Gables, Florida 33134
Telephone: (305) 371-8101
Facsimile:  (305) 371-8848
Email:ontrial2@gmail.com
Email: dgarvin@garvin.law

# DANA M. KAUFMAN, JD, CPA, CVA, CFE
1001 Brickell Bay Drive Suite 2650
Miami, Florida 33131
(305) 455-0314 telephone
(305) 455-0315 facsimile
dkaufman@kaufmancpas.com   email

**ACCOUNTING EDUCATION**

**University of Arizona Graduate School of Business**, Tucson, Arizona
  Master of Accounting, 1983

  HONORS AND ACTIVITIES:
    Dean's Distinctive List
    Member, Beta Alpha Psi Accounting Fraternity
    Participant, IBM-University of Arizona Cooperative Education Program
    Volunteer Income Tax Assistance Program

**University of Arizona,** Tucson, Arizona
  Bachelor of Science degree in Accounting, 1981

  HONORS AND ACTIVITIES:
    Dean's Distinctive List
    Treasurer, Alpha Epsilon Pi Social Fraternity
    Elections Commissioner
    Member, Beta Alpha Psi Accounting Fraternity

**LEGAL EDUCATION**

**University of Miami School of Law**, Coral Gables, Florida
  Juris Doctor, 1986

  HONORS AND ACTIVITIES:
    Moot Court Semi-finalist
    Member, *Entertainment and Sports Law Journal*
    Trial Advocacy Program
    Intern, Dade County State Attorney's Office Economic Crimes Division

**CURRENT PROFESSIONAL EMPLOYMENT**

**Kaufman & Company, P.A., Certified Public Accountants**
  1001 Brickell Bay Dr, Suite 2650
  Miami, FL 33131

Position: Partner in charge of Litigation Support and Forensic Accounting Practices.
Responsibilities: forensic accounting/litigation support in domestic relations, commercial litigation and bankruptcy and receivership matters; business valuations; financial analysis of business opportunities; evaluation of financing and restructuring options; business and tax planning for commercial transactions; federal and state tax planning; federal and state tax return preparation; representation of clients before the IRS, Tax Court and the various states' tax departments; preparation of financial statements.
November 2009 - Present

**Goldstein Schechter Koch, P.A., Certified Public Accountants
now known as BDO USA, LLP**
  2121 Ponce de Leon Blvd., 11th Floor
  Coral Gables, FL 33134

Position: Partner in charge of Litigation and Forensic Accounting Practices.
Responsibilities: forensic accounting/litigation support in domestic relations, commercial litigation and bankruptcy and receivership matters; business valuations; financial analysis of business opportunities; evaluation of financing and restructuring options; business and tax planning for commercial transactions; federal and state tax planning; federal and state tax return preparation; representation of clients before the IRS, Tax Court and the various states' tax departments; preparation of financial statements.
October 1998-November 2009

| | |
|---|---|
| **PRIOR PROFESSIONAL EMPLOYMENT** | **Kaufman Melamed & Karp, P.A. Certified Public Accountants**<br>11900 Biscayne Boulevard<br>Suite #262<br>Miami, Florida 33181<br><br>Position: Partner in Charge of Tax and Forensic Accounting Practices. Responsibilities: federal and state tax planning, preparation and compliance; forensic accounting/litigation support in various commercial matters; business valuations; financial analysis of business opportunities; representation of clients before the IRS and the various states' tax departments; preparation of financial statements.<br>August 1991-September 1998<br><br>**Rachlin Cohen and Holtz Certified Public Accountants**<br>**now known as Marcum, LLP**<br>1 Southeast Third Avenue<br>Tenth Floor<br>Miami, Florida 33131<br><br>Position: Tax Manager.<br>Responsibilities: Managed the firm's Dade and Broward County tax practices; forensic accounting; litigation and bankruptcy support; evaluation of financing and restructuring options; preparation of federal and state tax returns; representation of clients before the Internal Revenue Service and various states' tax departments.<br>August 1989-August 1991<br><br>**Dawson, Rosenbaum & Sobel, P.A. Certified Public Accountants**<br>3250 Mary Street<br>Suite #202<br>Coconut Grove, Florida 33133<br><br>Position: Tax and Forensic Certified Public Accountant.<br>Responsibilities: Individual, corporate, partnership and estate planning; bankruptcy and litigation support; preparation of federal and state tax returns; financial accounting; performance and analysis of feasibility studies for real estate transactions; contract negotiations; preparation of financial statements.<br>October 1985-August 1989 |
| **PROFESSIONAL LICENSES AND MEMBERSHIPS** | Certified Public Accountant, Florida<br>Member, Florida Bar<br>Member, American Bar Association and Dade County Bar Association<br>Member, American Institute of Certified Public Accountants<br>Member, Florida Institute of Certified Public Accountants<br>Certified Valuation Analyst<br>Diplomate, American Board of Forensic Accounting<br>Licensed Real Estate Broker (Florida)<br>Certified Fraud Examiner |
| **ACCOUNTING RELATED CIVIC ACTIVITIES** | Campaign Treasurer for Circuit Court Judge Lawrence Schwartz<br>Campaign Treasurer for Mayor of Aventura, Arthur I. Snyder<br>Member, Board of Directors Sammy Sosa Charitable Foundation<br>Member, Board of Directors of Florida Shakespeare Foundation |
| **REFERENCES** | References will be provided upon request. |